AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

**REDACTED**

| | |
|---|---|
| United States of America<br>v.<br>BRUCE JARVELA<br><br>Defendant(s) | Case No.  19-275M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ to April 23, 2018 _____ in the county of _____ Kent County _____ in the _____ District of _____ Delaware _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |
| 22 U.S.C. 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference.

FILED
NOV 08 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Sean Downey, HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/08/2019

_____
Judge's signature

City and state: Wilmington, Delaware

Hon. Jennifer L. Hall, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sean Downey, a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Dover, Delaware Office, being duly sworn, depose and state as follows:

## INTRODUCTION AND AFFIANT BACKGROUND

1.  I am a Special Agent with HSI, which is the primary investigative branch of the DHS. I have been employed as a federal law enforcement officer (LEO) for approximately twelve (12) years, including nine (9) years as a HSI Special Agent (SA). I have extensive experience in numerous investigative disciplines, including narcotics investigations, financial crimes, child exploitation, cyber-based investigations, international trafficking of military-grade exports, identity theft, fraud, and espionage. I have significant experience as both a primary case agent and undercover operative in counter proliferation and darknet-related investigations. I have directed multi-agency, classified-level investigations spanning multiple countries across many continents that required coordination across several U.S. Department of Defense Unified Combatant Commands and other governmental entities. I have directed investigations involving multiple foreign government entities and international organizations to include INTERPOL, among others. In addition, I have directed and coordinated dozens of international narcotics trafficking investigations focused on foreign-based transnational criminal organizations (TCOs). I have investigated TCOs and individual persons engaged in human trafficking, child exploitation, child pornography, and human smuggling. I have received substantial

training related to counter proliferations, narcotics trafficking, cryptocurrency analysis, darknet vendors, cyber smuggling, undercover operations, illicit procurement networks, child exploitation and pornography, interviewing techniques, surveillance and counter-surveillance techniques, and multiple other criminal investigator-related facets.

2. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. For the reasons set for the below, I respectfully submit that this Affidavit contains ample probable cause to believe that BRUCE JARVELA used Snapchat to persuade, induce, and entice a minor female (VICTIM 1) into producing a visual depiction of herself engaged in sexually explicit conduct by offering to pay the VICTIM 1 money in exchange for nude images and videos, including a video of VICTIM 1 penetrating her own anus with a blue hairbrush, in violation of Title 18, United States Code, Section 2251(a) (Production of Child Pornography). There is also probable cause to believe that JARVELA possessed a video of a second minor female (VICTIM 2) penetrating her vagina with a pink-handled object, in violation of Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography).

4. The statements contained in this affidavit are based on my direct experience as the primary investigator for this case, my training and background as an HSI Special Agent, and information provided to me by other law enforcement agents. I have not set forth every fact relating to this investigation; rather, I have

included only information that is necessary to establish probable cause to charge JARVELA with violating Title 18, United States Code, Section 2251(a) (Production of Child Pornography); and Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography) (the "SPECIFIED FEDERAL OFFENSES").

## SPECIFIED FEDERAL OFFENSES

5. In pertinent part, Title 18, United States Code, Section 2251(a) (Production of Child Pornography) prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows and has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affected interstate or foreign commerce or mailed.

6. In pertinent part, Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography) prohibits any person from knowingly possessing, or knowingly accessing with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been

3

mailed, or has been shipped or transported using any means or facility or interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any mean including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexual explicit conduct and such visual depiction is of such conduct.

## DETAILS OF INVESTIGATION

7. JARVELA is a 23-year-old U.S. citizen and an enlisted service member of the U.S. Air Force. JARVELA is permanently stationed at the Dover Air Force Base (DAFB); however, from on or about October 08, 2018, until on or about April 22, 2019, JARVELA and was temporarily deployed to the Al Udeid Air Force Base (AUAFB) in Doha, Qatar. JARVELA's permanent address is ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, which is located within the DAFB.

8. On or about April 16, 2019, while stationed at AUAFB in Qatar, JARVELA and a friend suffered narcotic-induced overdoses after ingesting an illegal narcotic. Air Force Office of Special Investigations (AFOSI) for AUAFB initiated an investigation into the suspected possession and use of illegal narcotics. During that investigation, AFOSI located and seized JARVELA'S cellular phone from his dorm room. AFOSI then questioned JARVELA in relation to the narcotics investigation. JARVELA agreed to answer questions and gave consent for AFOSI to search his cellular phone.

9. While searching JARVELA'S cellular phone, AFOSI found a "Calculator+" application.[1] Inside the Calculator+ application, AFOSI located ninety-one (91) folders the contained more than 900 photographs and some 300 videos. The photographs and videos included multiple females of varying ages engaged in sexual poses and acts. These folders appeared to be named after the females depicted in the photographs and videos. Of particular importance, AFOSI identified a folder in the Calculator+ application named "▮▮▮" (hereinafter, "VICTIM 1") and another folder named "Old Phone". The "▮▮▮" folder contained several photographs and videos depicting a young female, including depictions of her penetrating her own vagina and anus with a hairbrush, masturbating, and touching her breasts and vagina in a sexual manner. The "Old Phone" folder contained several photographs and videos depicting a different young female (hereafter, "VICTIM 2"), including a video depicting this young female penetrating her vagina with an pink-handled object. A screenshot of VICTIM 2's Facebook page was also located in the "Old Phone" folder. That screenshot displayed VICTIM 2's name.

a. **VICTIM 1**

10. During the search of JARVELA'S cellular phone, investigators also found text communications in which JARVELA threatened to show nude photos and videos of a minor female (VICTIM 1) to her school and family unless VICTIM 1

---

[1] "Calculator+" is a mobile phone application designed to look and function like a calculator; however, upon inputting a code into the Calculator+ application, the application allows the user access to a hidden trove of files, such as pictures and videos.

provided additional nude photos of her breasts. In this conversation, JARVELA referred to VICTIM 1 by name (███████) and stated that the material she had previously sent to him constituted child pornography. This conversation began on March 23, 2019; was found on the "TextNow" application[2]; and listed VICTIM 1's telephone number. That number had a Virginia area code. A few of JARVELA'S text messages to VICTIM 1 follow:

- Actually everyone will just know that you sent nudes and videos for money lol, trash
- Or we could figure something out. It's up to you. Have your parents find out about everything.
- Okay I'm messaging your mom. Good luck.
- Show me your boobs
- So I don't fuck you over. Unless you want me to go ahead and send this message. Have your whole family and school know
- Go send me a picture of your boobs
- So you wanna Get both of us in trouble? Go ahead
- Yes actually. You sent pictures of yourself to me. Child pornography.
- And if you did try to get me in trouble, I'd have nothing to lose and I'd leak everything
- So you can either go that route, or you can have one session with me and then I'll leave you alone forever.
- Or you do everything and I'll send you the money too. And then we never talk to each other again.
- I'm tired of games too. I want you to listen one last time, to everything I say. And then I'll send the money and delete your number. You can trust me this time. I swear to god
- Actually I do though. And what's funny is that I can just spread all these rumors about you to your family and school and I won't get in trouble. As long as I don't show anyone the pictures you sent me. So if you'd rather me do that then I will
- Or you can listen to me and get money. Your choice
- I don't just want a picture of your boobs. That's what I wanted now. And then more. Once you get done with what I say I swear to god I'll

---

[2] TextNow is a mobile phone application in which a user can create a virtual telephone number from which to call and send text messages.

6

- leave you alone and I'll send you $500 for the hassle. You'll never hear from me again
- Or you can do nothing and I'll message your parents and tell them everything you've done
- If you don't listen that's fine. But you will deal with the consequences. And this is a fake number, my Snapchat is fake and you don't even know my name. So if you wanna call the cops on me go ahead
- I'm not trying to blackmail you lol. You made the grown up choice to send the pictures and I'm not spreading them around.
- Okay so you're not going to do it? Sweet so I can send these messages then. Good luck ▇

11. On or about April 21, 2019, AFOSI interviewed JARVELA again. JARVELA agreed to answer questions. JARVELA admitted to creating a fraudulent Snapchat account on his phone under user name "meagan1969". He designed the "meagan1969" profile to appear like the profile of an attractive female. JARVELA identified females on social media applications, befriended them, and then offered them money in exchange for nude pictures and videos. According to JARVELA, females were more likely to send nude pictures and videos if they believed they were sending them to another female. Upon receiving the nude pictures and videos, JARVELA did not pay the females as he had promised; instead, JARVELA blackmailed some of the females into sending more pictures and videos by threatening to damage their reputation. JARVELA believed approximately four (4) of the females that he blackmailed into sending pornographic images and videos were between the ages of 15 and 17 years old.

12. JARVELA was then asked about VICTIM 1. JARVELA admitted to communicating with VICTIM 1 through TextNow, though he admitted to contacting her through Snapchat first. JARVELA further disclosed that he knew her in real life

because she was a family friend. JARVELA provided her name and stated that he believed she was 15 or 16 years of age.

13. According to JARVELA, he obtained pornographic images and videos of VICTIM 1 by offering to pay her $400 or $500. As was his practice, JARVELA did not pay VICTIM 1 as he stated he would. VICTIM 1 then blocked JARVELA'S Snapchat meagan1969 account. Because JARVELA knew VICTIM 1's true identity, he used the TextNow application to send text messages directly to VICTIM 1's personal phone number. JARVELA then attempted to blackmail VICTIM 1 for additional pictures and videos. JARVELA admitted that he sent the messages located within the TextNow application.

14. On or about October 16, 2019, HSI Forensic Interview Specialist (FIS) Jacqueline Goldstein conducted a formal interview of VICTIM 1. The interview occurred at the Children's Hospital and Advocacy Center located in Norfolk, Virginia. During the interview, VICTIM 1 confirmed her identity and that she was 16 years old on the date of the interview. VICTIM 1 stated that in or around January of 2019, she received a friend request on Snapchat from a "Meagan-something"[3] (hereinafter, "MEAGAN"). VICTIM 1 confirmed that she was fifteen (15) years old at this time. VICTIM 1 stated that MEAGAN identified herself as a "19 or 20 year-old girl" who worked as a photographer. VICTIM 1 stated that MEAGAN would often compliment VICTIM 1's physical appearance and stated that she should model. VICTIM 1 stated

---

[3] According to JARVELA, his Snapchat user name was "meagan1969".

8

that MEAGAN offered to pay her $1,000 for ten (10) nude or partially nude images of herself. VICTIM 1 stated that she did send multiple nude images of herself to MEAGAN but that MEAGAN never sent any funds. VICTIM 1 stated that MEAGAN often asked "weird" things, such as to put things in both her vagina and anus, such as a cucumber. VICTIM 1 stated that MEAGAN would often ask her to take very specific images, such as direction of camera, what body parts to include, etc. VICTIM 1 stated that MEAGAN specifically asked for multiple images and videos of her vagina, anus, and breasts. VICTIM 1 stated that she knew that MEAGAN saved all the images because Snapchat alerts the sender anytime a recipient "saves" something sent. VICTIM 1 stated that, at some point in or around February of 2019, the situation deteriorated and VICTIM 1 stopped sending images. VICTIM 1 stated that at some point after that, an unknown number texted her phone. The messenger then made threats and attempted to extort additional nude images from VICTIM 1.

15. FIS Goldstein asked VICTIM 1 to review nine (9) images. These included images located in the "▆▆▆" folder found in JARVELA's Calculator+ application. These images also included still images derived from video files located in the same folder. VICTIM 1 identified herself in each and explained that she sent the image or video to MEAGAN via Snapchat.

16. The last image that VICTIM 1 reviewed was a still image derived from a video file located in the "▆▆▆" folder found in JARVELA'S Calculator+ application. It depicted a girl laying on her back. The camera is focused on her exposed vagina and anus. The girl is using a blue hairbrush to penetrate her anus. While this girl's

face is not visible, VICTIM 1 confirmed that she is the girl in the photograph/video and that she created and sent it to the aforementioned "Meagan" Snapchat account.[4]

b. **VICTIM 2**

17. As described in paragraph 9, *supra*, the Calculator+ application in JARVELA'S cellular phone contained a folder named "Old Phone" that contained several photographs and videos depicting VICTIM 2, including a video depicting VICTIM 2 penetrating her vagina with a pink-handled object. In addition, the "Old Phone" folder contained a screenshot of VICTIM 2's Facebook page that displayed VICTIM 2's name.

18. On or about September 9, 2019, FIS Goldstein conducted a formal interview of VICTIM 2. The interview occurred at the Georgetown Police Department located in Georgetown, Delaware. During the interview, VICTIM 2 confirmed her identity, that she is a resident of Delaware, and that she was 15 years old on the date of the interview.

---

[4] It appears that the entirety of JARVELA'S criminal conduct with regard to VICTIM 1 occurred while JARVELA was deployed in Qatar. Because JARVELA was arrested in Kent County, Delaware, and because that arrest was the first time JARVELA was restrained in the United States in connection with the offense relating to VICTIM 1 (Production of Child Pornography), venue is properly in the District of Delaware. *See* 18 U.S.C. § 3238 ("The trial of all offenses begun or committed upon the high seas, or elsewhere out of the jurisdiction of any particular State or district, shall be in the district in which the offender . . . is arrested or is first brought . . . ."). *And see United States v. Slatten*, 865 F.3d 767, 786 (D.C. Cir. 2017), cert. denied sub nom. *Slough v. United States*, 138 S. Ct. 1990, 201 L. Ed. 2d 270 (2018) (an "arrest" for purposes of 18 U.S.C. § 3238 means the place and time "where the defendant is first restrained of his liberty *in connection with the offense charged*") (internal citations omitted) (emphasis in original).

19. FIS Goldstein asked VICTIM 2 to review (8) images. These included images located in the "Old Phone" folder found in JARVELA's Calculator+ application. These images also included still images derived from video files located in the same folder. VICTIM 2 identified herself in each.

20. The last image that VICTIM 2 reviewed was a still image derived from a video file located in the "Old Phone" folder found in JARVELA'S Calculator+ application. It depicted a girl penetrating her vagina with a pink-handled object. The camera is focused on her exposed vagina. VICTIM 2 confirmed that she is the girl in the photograph/video.

21. On or about November 5, 2019, your affiant conducted a formal interview of JARVELA. JARVELA waived his *Miranda* rights and agreed to answer questions. JARVELA admitted that he owned the phone described in this Affidavit. JARVELA explained that he purchased that phone approximately two weeks before his deployment to Qatar because his old phone broke. JARVELA confirmed that the Calculator+ application folder entitled "Old Phone" contained images and videos he obtained using his old phone. JARVELA stated that every photograph and video in his Calculator+ application was sent to him from a female he conversed with via social media.[5]

---

[5] Because VICTIM 2 is and was a resident of Delaware, because JARVELA possessed VICTIM 2's photographs and videos on both his "old phone" and his new phone, and because JARVELA replaced his phone two weeks prior to his deployment—while he was living in Delaware—venue is properly in the District of Delaware.

11

## CONCLUSION

22. Based on the foregoing information, there is probable cause to believe that the defendant BRUCE JARVELA violated the SPECIFIED FEDERAL OFFENSES indicated above. Therefore, I respectfully request that the Court issue a Criminal Complaint charging the defendant with violations of Title 18, United States Code, Section 2251(a) (Production of Child Pornography); and Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography).

Respectfully submitted,

Sean Downey
Special Agent
Homeland Security Investigations

Subscribed to and sworn before me
this 8th day of November, 2019.

HONORABLE JENNIFER L. HALL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE