IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. Action. No. 19- 275M |
| | ) |
| BRUCE JARVELA, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United States Attorney for the District, and moves for the pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(d), (e) and (f). In support of the Motion, the United States alleges the following:

1. **Eligibility of Case**.   This case is eligible for a detention order because the case involves (**check all that apply**):

    __X__    Crime of violence (18 U.S.C. § 3156(a)(4))

    _____    Maximum sentence life imprisonment or death

    _____    10+ year drug offense

    _____    Felony, with two prior convictions in above categories

    __X__    Minor victims

    _____    Possession/use of firearm, destructive device, or other dangerous weapon

    _____    Failure to register under 18 U.S.C. § 2250

    _____    Serious risk Defendant will flee

    _____    Serious risk obstruction of justice

FILED
NOV 08 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The Court should detain Defendant because there are no conditions of release which will reasonably assure (**check one or both**):

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States **will** invoke the rebuttable presumption against Defendant under § 3142(e). The presumption applies because (**check one or both**):

__X__   Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (18 U.S.C. 2251, 2422, and 2252A(a)(2)) with minor victims

_____   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the Court conduct the detention hearing,

_____   At first appearance

__X__   After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the Defendant under 18 U.S.C. Section 3142(d) for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check A or B *and* C**):

A. At the time the offense was committed the Defendant was:

_____   (1) on release pending trial for a felony;

_____   (2) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    _____ (3) on probation or parole for an offense.

B.   _____ The Defendant is not a U.S. citizen or lawfully admitted permanent resident.

C.   _____ The Defendant may flee or pose a danger to any other person or the community.

6. **Immigration Status**.

_____ The Defendant is not a citizen of the U.S. or lawfully admitted for permanent residence and is removable from the United States under _____(list applicable statutory section), and therefore is subject to arrest by an ICE officer should he/she be released from custody.

7. **Other Matters**.

_____

_____

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

BY:   /s/ Graham L. Robinson
        Graham L. Robinson
        Assistant United States Attorney

DATED: November 8, 2019