## **ATTACHMENT B**

Statement of Facts in Support of Bruce M. Jarvela, III's Guilty Plea to Count One of the Superseding Information:

While stationed at an Air Force Base in Qatar, Security Force Investigations ("SFOI") searched Jarvela's personal cellphone pursuant to a lawful search warrant. Pursuant to that search warrant, SFOI found a "Calculator+" application. On its face, this application functioned as a calculator. However, once a code was typed into the calculator, the application unlocked to reveal a hidden file directory.

After unlocking the Calculator+ application, SFOI found 91 folders, containing over 900 photos and 300 videos, nearly all of which were sexually explicit. Most folders were named after the females depicted therein—either by first or full name. One folder was named "Old Phone." Most of the folders appeared to contain pornography depicting adult females. However, law enforcement was able to identify three minor victims.

In a folder bearing her first name and in another folder labelled "Old Phone," Jarvela possessed videos and photos depicting minor victim K.F. Several of the photos and one of the videos depicted K.F. exposing her breasts. Another video depicted K.F. penetrating her own vagina with an unknown object. K.F. was younger than 15 years old at the time these depictions were made.

In a folder bearing her first name, Jarvela possessed videos and photos depicting minor victim H.C. The photos included depictions of H.C.'s exposed breasts, anus, and vagina. The videos included depictions of H.C. masturbating and penetrating her own anus and vagina with the handle of a hairbrush. H.C. was 16 or 17 years old at the time these depictions were made.

In a folder bearing her first name, Jarvela possessed videos and photos depicting minor victim J.F. (no relation to K.F.). The photos of J.F. included depictions of her face, breasts, buttocks, and vagina. The videos of J.F. included depictions of J.F. masturbating and penetrating her own anus and vagina with the handle of a hairbrush. J.F. was younger than 15 years old at the time these depictions were made.

All three victims explained that they met and/or communicated with Jarvela on Snapchat, where Jarvela posed as a female named Meagan. Both H.C. and J.F. explained that Meagan told them she was a photographer and offered to pay them money for pictures—which money they never received. Jarvela eventually asked both H.C. and J.F. to take nude pictures of themselves. Both victims complied, taking photos of themselves and sending them to Jarvela. These photos included pictures of their breasts, vagina, and anus. Both victims also explained that Jarvela's requests escalated to nude videos of the victims inserting various objects into their vagina and anus. Both victims made these videos at Jarvela's request and sent them to him via Snapchat.

According to J.F., when she stopped making and sending photos and videos, an unknown phone number began texting her with threats. This text conversation was found on Jarvela's personal cellphone. A few of Jarvela's statements are as follows:

| | |
|---|---|
| Jarvela: | Actually everyone will just know that you sent nudes and videos for money lol, trash |
| Jarvela: | Or we could figure something out. It's up to you. Have your parents find out about everything. |
| Jarvela: | Okay I'm messaging your mom. Good luck. |
| Jarvela: | *Jarvela mentions the name of J.F.'s high school and the first name of her sister and parents.* |
| Jarvela: | Yes actually. You sent pictures of yourself to me. Child pornography. |
| Jarvela: | And if you did try to get me in trouble, I'd have nothing to lose and I'd leak everything |
| Jarvela: | So you can either go that route, or you can have one session with me and then I'll leave you alone forever. |
| Jarvela: | No, one session. Where you do everything I say. It can be tomorrow. |
| Jarvela: | Or you do everything and I'll send you the money too. And then we never talk to each other again. |
| Jarvela: | I'm tired of games too. I want you to listen one last time, to everything I say. And then I'll send the money and delete your number. You can trust me this time. I swear to god |
| Jarvela: | Actually I do though. And what's funny is that I can just spread all these rumors about you to your family and school and I won't get in trouble. As long as I don't show anyone the pictures you sent me. So if you'd rather me do that then I will |

Further investigation revealed that Jarvela knew J.F. when they were both growing up because her family was friendly with Jarvela's family.

In summary, the defendant knowingly used a fake Snapchat account to entice J.F. into making videos of herself masturbating and penetrating her vagina and anus with the handle of a hairbrush. J.F. was a minor at the time. The defendant believed that J.F. was a minor at the time. And for this conduct, the defendant could be charged with production of child pornography, in violation of Title 18, United States Code, Section 2251(a) (pursuant to Title 18, United States Code, Section 2427).

Therefore, the defendant violated Title 18, United States Code, Sections 2422(b) 2427, and 2256(8).