# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. Action. No. 20-35-RGA |
| | ) |
| BRUCE M. JARVELA, III, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION FOR A DOWNWARD VARIANCE

Bruce Jarvela used social media to lie about his identity and offer money in exchange for pornography—though he never actually paid. *See* Presentence Investigation Report ("PSR") ¶ 31. He got pornography from dozens of adult women. *See id.* at ¶ 27. And he got pornography from three known minor females—two of whom were younger than 15. *See id.* at ¶¶ 28-31. Jarvela saved this pornography in a hidden file directory on his phone that was disguised to look like a functioning calculator. *See id.* at ¶ 26-27.[1]

Jarvela enticed all three of the minor females into creating videos of themselves masturbating. *See id.* at ¶¶ 28-31. He enticed two of these minors into creating videos of themselves penetrating their own anus with the handle of a hairbrush. *See id.* at ¶¶ 29-30. When one of these minors decided that she had had enough, Jarvela contacted her via text message, threatened her, and tried to coerce her into making more pornography. *See id.* at ¶ 32. This particular minor was a family friend. *See id.* at ¶ 33.

---

[1] *See also* Sealed Attachment A, which the government routinely attaches to sentencing memoranda.

Jarvela's conduct reveals that he saw these women and children as nothing more than objects to be used and manipulated for his own personal sexual gratification. He is a danger to the community. That said, the government also recognizes that the enhancements associated with this class of offense can offset the benefits to a defendant of taking responsibility for his actions—which thing the government wants to incentivize, especially in cases where going to trial risks retraumatizing a victim. As such, the government's sentence is a significant downward variance from the guideline range of life in prison. *See id* at ¶ 117. Nevertheless, a sentence of 240 months of imprisonment followed by 120 months of supervised release provides just punishment for Jarvela's loathsome acts and adequate deterrence against future abuse; it separates Jarvela from the public; and it is sufficient but not greater than necessary to comply with the purposes set forth in Title 18, United States Code, Section 3553.

                                      Respectfully submitted,

                                      DAVID C. WEISS
                                      United States Attorney

By:   */s/ Graham L. Robinson*
        Graham L. Robinson
        Assistant United States Attorney

Dated: June 10, 2022